JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS MARTINEZ, | ) | CASE NO. CV 12-10950-GW(PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| MARTIN BITER, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 6, 2016.

*George H. Wu*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE

S:\GW\194 cases\LA12CV10950GW-J.wpd